# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                             CASE NO. 8:08-CR-44-T-17-TBM

ALEX SHEVGERT

_____/

### ORDER

This cause comes before the Court on the defendant's motion to proffer defendant's exhibit (Docket No. 155) and the response thereto (Docket No. 158). The Court agrees with the government's response. Accordingly, it is.

**ORDERED** that defendant's motion to proffer defendant's exhibit (Docket No. 155) be **granted** with the following conditions: the defendant must also proffer the corresponding transcripts; the defendant must identify the pertinent audio recordings and transcripts with exhibit numbers; and the defendant must provide to the government a copy of the proffered audio-recordings and transcripts identified by their respective exhibit number.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 5th day of December, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record